BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM JAMES GRADFORD, JR., | Civil No. 1:14-cv-01277-SAB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the ALJ shall reconsider the opinion of examining psychologist Dr. Phillip Cushman and update the medical evidence of record. The ALJ shall also offer Plaintiff the opportunity for a new administrative hearing, re-evaluate Plaintiff's residual functional capacity, obtain vocational testimony as necessary, and issue a new administrative decision.

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 | Date: *March 24, 2015* |   | SHELLIE LOTT, CERNEY KREUZE & LOTT |
| 3 |   | By: | */s/ Shellie Lott*\* |
| 4 |   |   | SHELLIE LOTT<br>*\* By email authorization on March 23, 2015* |
| 5 |   |   | Attorney for Plaintiff |
| 6 | Date: *March 24, 2015* |   | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 |   | By: | */s/ Jeffrey Chen*<br>JEFFREY CHEN |
| 9 |   |   | Special Assistant United States Attorney |
| 10 |   |   | Attorneys for Defendant |

## ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **March 24, 2015**

UNITED STATES MAGISTRATE JUDGE

2